GLENN S. LEON
Chief, Fraud Section
BRANDON BURKART (NY. Bar No. 4840674)
Trial Attorney
1400 New York Avenue, NW
    Washington, D.C. 20530
    Telephone: (202)341-6287
    Facsimile: (202)514-0152
    Email:    Brandon.Burkart@usdoj.gov
ANDREW J. JACO (Fla. Bar No. A5503040)
Trial Attorney
1400 New York Avenue, NW
    Washington, D.C. 20530
    Telephone: (202)616-8730
    Facsimile: (202)740-0953
    Email:    Andrew.J.Jaco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CARINA HWANG,<br><br>　　　　Defendant. | No. 2:23-CR-00205-FWS<br><br>APPLICATION FOR ENTRY OF MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT CARINA HWANG<br><br>Sentencing Date: July 31, 2025<br>Sentencing Time: 3:30 p.m. |

　　　Plaintiff United States of America, by its undersigned counsel, respectfully submits this application for entry of a Money Judgment of Forfeiture against defendant Carina Hwang in the sum of $607,200.00, pursuant to the plea agreement entered into between the government and said defendant.  The proposed Money Judgment of Forfeiture is lodged contemporaneously with this application.

　　　On June 8, 2023, defendant Carina Hwang entered a guilty plea in United States v. Carina Hwang, Case No. 2:23-cr-00205-FWS, in which

1 the defendant pled guilty to Count One of the Information, which
2 charged the defendant with Conspiracy to Commit Wire Fraud, in
3 violation of 18 U.S.C. § 371.  In paragraph 2-l of the plea
4 agreement, the defendant agreed to the entry of a money judgment in
5 the amount of $607,200.00, which the defendant admits was derived
6 from the proceeds traceable to the violations described in the
7 factual basis.
8      The defendant's sentencing is scheduled for July 31, 2025, at
9 3:30 p.m.  Accordingly, pursuant to Rule 32.2(b)(4)(B) of the Federal
10 Rules of Criminal Procedure, plaintiff requests that the Court enter
11 the proposed Personal Money Judgment of Forfeiture at or before the
12 time of sentencing and requests that entry of the money judgment of
13 forfeiture be stated orally at sentencing and included by reference
14 on the defendant's judgment and commitment order. Fed. R. Crim. P.
15 32.2(b)(4).  ("The court must include the forfeiture when orally
16 announcing the sentence or must otherwise ensure that the defendant
17 knows of the forfeiture at sentencing," and "include the forfeiture
18 order, directly or by reference, in the judgment.").  Fed. R. Crim.
19 P. 32.2(b)(4)(B).
20      By virtue of the plea agreement and the admissions of the
21 defendant, a money judgment of forfeiture is properly entered against
22 the defendant.  The statutory basis for the forfeiture order is 18
23 U.S.C. § 981(a)(1)(C) (authorizing the forfeiture of proceeds of 18
24 U.S.C. § 371 and proceeds of any specified unlawful activity, as that
25 term is defined at 18 U.S.C. § 1956(c)(7)(A)) and 28 U.S.C. § 2461(c)
26 (authorizing the entry of criminal forfeiture orders, including money
27 judgments, for violations of federal law for which forfeiture
28 authority of any type is provided).

For the foregoing reasons, the government respectfully requests that this Court enter the proposed Money Judgment of Forfeiture.

Dated: February 24, 2025      Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division

/s/
Brandon Burkart
Trial Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA